

# Fourth Court of Appeals
## San Antonio, Texas

April 11, 2019

No. 04-19-00191-CV

Alexander Webster **PIERCE** III,
Appellant

v.

Julia Tomlin **PIERCE**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-10620
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

In his docketing statement, Appellant asked this court to order the parties to mediate their dispute. On April 3, 2019, this court advised Appellee that if she opposes mediation, she must timely file a written response. Appellee timely filed a written response opposing mediation.

Appellant's motion to order mediation is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court